## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JERMAINE WALKER, #B-52757, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 10-cv-345-JPG |
| | ) | |
| BRADLEY ROBERT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Plaintiff Jermaine Walker, formerly a prisoner in the Pinckneyville Correctional Center, has filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983.  He also seeks to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

A prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

Plaintiff has had three or more prior prisoner actions dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted.  *See, e.g., Walker v. Cook County Jail*, Case No. 98-cv-2154 (N.D. Ill., filed May 22, 1998); *Walker v. Michaelek*, Case No. 08-cv-1542 (N.D. Ill., filed April 21, 2008);  *Walker v. Sheriff of Cook County*, Case No. 08-cv-1866 (N.D. Ill., filed Sept. 8, 2008).

The Court has reviewed the allegations in the complaint: a 15-page pleading against 17 defendants.  Plaintiff complains primarily about the handling of his legal and privileged mail.  He also alleges that Defendants have tampered with his trust fund account and subjected him to an unfair disciplinary proceeding and retaliatory transfer.  None of these allegations support a finding that Plaintiff is under imminent danger of serious physical injury.

Accordingly, the motion for leave to proceed *in forma pauperis* is **DENIED**.  This action is **DISMISSED** without prejudice to Plaintiff bringing these claims in a fully pre-paid complaint.

The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**Dated: November 15, 2010.**

      **s/ J. Phil Gilbert**
      **U. S. District Judge**